# UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---------|-----------------|------------|

VIRGINIA CORTEZ,
Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

CASE
NUMBER:     **1:21-cv-00829-BAM**

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✗ GRANTED.

> ✗ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
> copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
> All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this ___24___ day of _____May_____ , _2021_ .


_____/s/ Barbara A. McAuliffe_____
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer