UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CORTEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendants. | Case No.  1:21-cv-829-BAM<br><br>**ORDER GRANTING STIPULATED LATE MOTION FOR EXTENSION**<br><br>(Doc. 15) |

On February 28, 2022, the parties filed a stipulation to allow Defendant a late 25-day extension of time, from February 3, 2022, to February 28, 2022, to serve a Response to Plaintiff's Confidential Letter Brief.  (Doc. 15.)

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to February 28, 2022, to serve a response to Plaintiff's Confidential Letter Brief is GRANTED nunc pro tunc.  All other deadlines in the Court's Scheduling Order are extended accordingly.
IT IS SO ORDERED.

　　Dated:   **March 1, 2022**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1