UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CORTEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00829-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. 18) |

　　　Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file her Opening Brief is GRANTED.  Plaintiff shall file an Opening Brief on or before April 29, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

　　　Dated:   **March 30, 2022**　　　　　　　　　/s/ Barbara A. McAuliffe            
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1