JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIRGINIA CORTEZ, | ) | Case No.  1:21-CV-00829-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION FOR EXTENSION** |
| | ) | **OF TIME TO FILE PLAINTIFF'S** |
| v. | ) | **OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to May 30, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel has had an illness over the last couple of weeks which has affected her ability to work.

**Cortez v. Kijakazi**               Stipulation and Order          E.D. Cal. 1:21-cv-00829-BAM

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 27, 2022                    JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        /s/Jacqueline A. Forslund
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  April 28, 2022                   PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        WILLY LE
                                        Acting Regional Chief Counsel, Region X
                                        Social Security Administration

                                        /s/Katherine B. Watson
                                        KATHERINE B. WATSON
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff shall file her Opening Brief on or before May 30, 2022.  The deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **April 29, 2022**                    /s/ Barbara A. McAuliffe            
                                        UNITED STATES MAGISTRATE JUDGE

**Cortez v. Kijakazi**              Stipulation and Order         E.D. Cal. 1:21-cv-00829-BAM