UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CORTEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.  1:21-cv-00829-BAM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION<br><br>(Doc. 23) |

Currently before the Court is Defendant's motion for an extension of time to respond to Plaintiff's Opening Brief.  (Doc. 23.)  Defendant requests a 30-day extension, until August 4, 2022, to file a response.  In a supporting declaration, defense counsel reports that good cause exists for this extension as "OGC is currently exploring settlement options in this case." (Doc. 23-2 at ¶ 4.)  Plaintiff's counsel reportedly has no objection to the extension request.  (*Id.* at ¶ 4.)

Generally, settlement discussions do not constitute good cause justifying modification of a Scheduling Order.  *Gerawan Farming, Inc. v. Rehrig Pac. Co.*, No. 1:11-cv-01273 LJO, 2013 WL 1164941, at *4 (E.D. Cal. Mar. 20, 2013) (finding "as a legal matter, settlement discussions do not, in of themselves, arise to good cause for modifying a scheduling order").  Nonetheless, the Court recognizes the recent influx of filings and competing briefing deadlines in Social Security cases.  The Court finds that the brief extension of time requested here may preserve

1

judicial and party resources.  Accordingly, Defendant's motion for an extension of time to respond to Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response to Plaintiff's Opening Brief on or before August 4, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **July 5, 2022**                          /s/ *Barbara A. McAuliffe*            _
                                                                   UNITED STATES MAGISTRATE JUDGE