UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CORTEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.  1:21-cv-00829-BAM<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND**<br><br>(Doc. 25.) |

Based upon the parties' Stipulated Motion for Remand (Doc. 25) filed on July 15, 2022, and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the Administrative Law Judge to:

- Reevaluate the claimant's subjective complaints;
- Reevaluate the residual functional capacity;
- Offer the claimant an opportunity for a new hearing, and issue a new decision.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Upon proper presentation, this Court will consider Plaintiff's application for costs and

1    attorney's fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated:  **July 15, 2022**                    /s/ *Barbara A. McAuliffe*          
                                          UNITED STATES MAGISTRATE JUDGE