1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:    541-419-0074
4  Fax:          541-593-4452
   Email:        jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7                         UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
8

9  VIRGINIA CORTEZ,                    )   Case No.  1:21-CV-00829-BAM
                                       )
10      Plaintiff                      )   **STIPULATION AND** ~~PROPOSED~~
                                       )   **ORDER FOR AWARD OF ATTORNEY'S**
11 v.                                  )   **FEES UNDER THE EQUAL ACCESS TO**
                                       )   **JUSTICE ACT (EAJA)**
12 KILOLO KIJAKAZI,                    )
13 Acting Commissioner of Social Security, )
                                       )
14      Defendant                      )
                                       )
15 _____)

16

17      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18 subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal

19 Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of EIGHT THOUSAND NINE

20 HUNDRED AND EIGHTY-THREE dollars and SEVENTEEN cents ($8,983.17).  This amount

   represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection
21
   with this civil action, in accordance with 28 U.S.C. sec. 2412(d).
22
        After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
23
   government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
24
   Plaintiff's attorney. The government's ability to honor the assignment will depend on whether the
25
   fees and expenses are subject to an offset allowed under the United States Department of the
26
   Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of
27
   EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If
28 it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.
   Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

**Cortez v. Kijakazi**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 1:21-cv-00829-BAM

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  October 12, 2022

JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  October13, 2022

PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Regional Chief Counsel, Region X
Social Security Administration

*/s/Katherine B. Watson*
KATHERINE B. WATSON
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

---

**Cortez v. Kijakazi**           Stipulation and ~~Proposed~~ Order           E.D. Cal. 1:21-cv-00829-BAM

ORDER

Based on the parties' Stipulation for Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) (the "Stipulation"), IT IS ORDERED that fees and expenses in the amount of Eight Thousand Nine Hundred Eighty-Three dollars and Seventeen cents ($8,983.17) as authorized by EAJA, 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 14, 2022**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE